IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

COHIA R. WORTHY, : CASE NO. 5:07 CV 02432

    Plaintiff, :

v. :

FAIR COLLECTION AND : **STIPULATION OF DISMISSAL**
OUTSOURCING, **WITH PREJUDICE OF ALL CLAIMS**
:
    Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of this action, including all claims, with prejudice.

Respectfully submitted,

IT IS SO ORDERED
s/ Sara Lioi
UNITED STATES DISTRICT JUDGE
9/28/07

*/s/ Cohia R. Worthy*
Cohia R. Worthy
1176 7th Ave
Akron, Ohio 44306
Plaintiff Pro Se

*/s/ Jeffrey C. Turner*
Jeffrey C. Turner (0063154)
Boyd W. Gentry (0071057)
John P. Langenderfer (0079094)
SURDYK, DOWD & TURNER CO., L.P.A.
Kettering Tower, Suite 1610
40 N. Main Street
Dayton, Ohio 45423
Tel. (937) 222-2333
Fax (937) 222-1970
jturner@sdtlawyers.com
bgentry@sdtlawyers.com
jlangenderfer@sdtlawyers.com
*Trial Attorneys for Defendant*

1